UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT JOHNSON,<br><br>            Petitioner,<br><br>     v.<br><br>WARDEN,<br><br>            Respondent. | No.  2:16-cv-727-EFB<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  His application attacks a conviction issued by the Los Angeles County Superior Court.  While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County.  *Id.* at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED:  May 31, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE